IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALAN BRODY,

    Plaintiff,                                          CIV. NO. S-10-0240 JAM GGH PS

    vs.

CITICORP NORTH AMERICA, INC., et al.,

    Defendants.                                        ORDER

_____ /

    Defendants' motion to dismiss presently is calendared for hearing on March 18, 2010.  Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion.  Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of and in opposition to the pending motion.  See E.D. Cal. L.R. 230(h).

    Accordingly, IT IS ORDERED that:

    1. The March 18, 2010 hearing on the motion to dismiss, filed February 5, 2010, is vacated; and

    2. The motion is submitted on the record.

DATED: March 15, 2010

                                                      /s/ Gregory G. Hollows

                                                     GREGORY G. HOLLOWS
                                                     U. S. MAGISTRATE JUDGE

GGH:076:Brody0240.vac.wpd