IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALAN BRODY,

      Plaintiff,                    CIV. NO. S-10-0240 JAM GGH PS

  vs.

CITICORP NORTH AMERICA, INC., et al.,

      Defendants.             ORDER

_____/

      Plaintiff, proceeding pro se, has requested that this action be dismissed.

      Accordingly, IT IS HEREBY ORDERED that defendants notify this court, within ten days, whether they have any objection to the dismissal of this action. Should defendants fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

DATED: March 24, 2010

                          /s/ Gregory G. Hollows

                          UNITED STATES MAGISTRATE JUDGE

GGH:076/Brody0240.59.wpd