IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALAN BRODY,

        Plaintiff,                    CIV. NO. S-10-0240 JAM GGH PS

   vs.

CITICORP NORTH AMERICA, INC., et al.,

        Defendants.              ORDER

_____/

        Plaintiff, proceeding pro se, has requested that this action be dismissed. By order of March 24, 2010, defendants were given the opportunity to notify the court if they had objection to the dismissal. Defendants failed to respond. Therefore, plaintiff's request will be granted. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

        Accordingly, the Clerk of Court shall close this case.

DATED: April 19, 2010

                                                     /s/ Gregory G. Hollows
                                        UNITED STATES MAGISTRATE JUDGE

GGH:076/Brody0240.dis.wpd

1